IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Trae Auburn Payne
_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

RECEIVED
APR 14 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN. Memphis

vs.

City of Memphis Mayor
Shelby County Sheriffs Office
Memphis Police Department
(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.   Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
      Plaintiffs: _____
      _____

      Defendants: _____
      _____

      2. Court (if federal court, name the district; if state court, name the county):
      _____
      3. Docket Number: _____
      4. Name of judge to whom case was assigned: _____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____
      6. Approximate date of filing lawsuit: _____
      7. Approximate date of disposition: _____

II. Place of Present Confinement: Shelby County Jail
   A. Is there a prisoner grievance procedure in the institution?
                                                                                                                       Yes (✓)   No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)
   C. If your answer is Yes:
      1. What steps did you take? _____
      2. What was the result? _____
   D. If your answer is No, explain why not: Because it is against the Police and i wrote the Officer Misconduct office

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff Trae Auburn Payne
      Address 201 Poplar Ave. Memphis, TN. 38103

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant (John Doe) is employed as Police Officer
      at Memphis Police Department.

   C. Additional Defendants: _____

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   Please See attached Statement.

-2-

Revised 4/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for $450,000 for mental, Physical and emotional abuse from Police. And for all dental and hospital expenses to be paid by them.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this _____ day of _____, 20 25 .

_____
(Signature of Plaintiff/Plaintiffs)

On 01/08/25 at around 16:00 hours, I Trae Auburn Payne was trying to pump gas at the BP on the corner of Macon Rd. @ Waring St. when Memphis Police Department tried to make a traffic stop. I was already pulling away from the pump when two MPD cars attempted to block me in, causing my truck to hit their cars. I feared for my life and fled towards my buddies shop. My truck malfunctioned at the intersection of Warford @ Chelsea Ave. Still in fear for my life I exited the vehicle, ran maybe 10 feet before I surrender and laid face down, hands behind my back, letting officers know I am not resisting their orders. Multiple officers then surrounded me while one knee'd me in my back, put handcuffs on me. After being in handcuffs another officer then ran to me, while still laying down in handcuffs, punched me in my face then slammed my face into the pavement causing my mouth, and nose to hit the ground and break my front teeth and cause heavy bleeding to my nose, lips, and gums. From there I was transported from the scene to the hospital (Medical Regional Center) because of the lacerations caused by the officers who brutality punched, dragged and kneed me while in handcuffs. I was in fear for my life the entire time i was being punched and dragged. I had a panic attack and have bad trauma (mental) due to the incident. I am scared of law enforcement officers and hope I don't ever have to come in contact with them again. They beat me and i was not resisting while already detained. I understand I was wrong for running, so I surrendered and laid on the ground once in handcuffs I thought it was over but it was only the beginning of a bad dream I thought would never exist in my entire life. On, March 24th at my preliminary hearing officer verbally admitted to punching me in my mouth while he was under oath in General Sessions 12. All this happen in the jurisdiction of Shelby County, Tennessee.

-Trae Auburn Payne

Contact Information: # 502·528·9355
Email TraePayne74@Gmail.com