Trae Payne #[illegible]
201 Poplar Avenue
Memphis, TN 38103

Shelby County Jail
8 APR 2025 PM 1 L

RECEIVED
APR 14 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

FIRST-CLASS MAIL
quadient
04/08/2025
US POSTAGE $000.69
ZIP 38103
041M12254323

U.S. District Court
Western District of Tennessee
Office of the Clerk
242 Federal Building
Memphis, TN 38103

INDIGENT

38103$9019 C034