Case: **2:25−cv−02415**
Assigned To : **Mays, Samuel H., Jr**
Referral Judge: **Pham, Tu M.**
Assign. Date : **4/14/2025**
Description: **Payne v. City of Memphis Mayor et al**

1